Form 13PP

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| | |
|---|---|
| In Re: Dick Scoppettone and Maureen Ann Scoppettone | Case No.: 22–50926 |
| *aka* Maureen Ann Petrakis/Scoppettone   Debtor(s) | Chapter: 13 |

## ORDER RE: CHAPTER 13 PLAN PAYMENTS
## AND ADEQUATE PROTECTION PAYMENTS

IT IS HEREBY ORDERED:

1. For Chapter 13 cases filed or converted to Chapter 13 on or after December 1, 2017, plan payments by the debtor to the trustee shall begin the 20th day of the month following the filing of the petition or conversion of the case.

2. Beginning the calendar month following the filing of the petition, the adequate protection payments required by 11 U.S.C. § 1326(a)(1)(C) and the proposed plan shall be paid by the trustee, not the debtor, to the creditor. Adequate protection payments will be paid once the claim holder has filed a proof of claim.

3. If an ongoing mortgage/contract installment payment on a claim classified in Class 1 first falls due after the petition is filed and during the first calendar month of the case, the debtor shall make that installment payment directly to the Class 1 claim holder. The debtor shall provide evidence of all such payments to the trustee at the meeting of creditors.

4. If an ongoing mortgage/contract installment payment on a claim classified in Class 1 first falls due after the petition is filed and during or after the second calendar month of the case, the trustee shall make that installment payment directly to the Class 1 claim holder.

5. On appropriate motion, and after notice and a hearing, this order may be modified by the court.

Clerk, U.S. Bankruptcy Court
280 South First Street
Room 3035
San Jose, CA 95113

Dated: <u>10/13/22</u>

By the Court:

Stephen L. Johnson
United States Bankruptcy Judge

Revised February 1, 2018