DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
Nanette Dumas #148261
Jane Z. Bohrer #243692
P O BOX 50013
SAN JOSE, CA  95150-0013

Telephone:  (408) 354-4413
Facsimile:   (408) 354-5513

Trustee for Debtors

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re:

DICK SCOPPETTONE

MAUREEN ANN SCOPPETTONE

Debtors

Chapter 13
Case No. 22-50926 SLJ

**NOTICE OF HEARING ON MOTION TO DISMISS CASE FOR FAILURE TO MAKE PLAN PAYMENTS**

Hearing Date: August 31, 2023
Time:              10:00 a.m.
Location:        Telephonic or Video Only

Judge:  Stephen L. Johnson

**TO ALL PARTIES IN INTEREST:**

PLEASE TAKE NOTICE THAT on August 31, 2023 at 10:00 a.m., or as soon thereafter as the matter can be heard by the Honorable Stephen L. Johnson a hearing will be held on the Motion to Dismiss Case for Failure to Make Plan Payments, filed by the Chapter 13 Trustee, Devin Derham-Burk.

**\*\*The hearing will not be conducted in the presiding judge's courtroom but instead will be conducted by telephone or video at the judge's discretion.  [See next page]**

The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

If you have received this notice of hearing without the motion documents and would like a complete copy of the motion in this case, please request a copy from the Bankruptcy Court Clerk's office, PACER online service, or by contacting the Office of Devin Derham-Burk, Trustee, P.O. Box 50013, San Jose, CA 95150-0013, (408) 354-4413.

**Pursuant to Local Bankruptcy Rule 9014-1(c)(2), any opposition to the relief requested must be filed and served on the initiating party no less than SEVEN (7) days prior to the scheduled hearing on this matter.**

Dated: August 09, 2023

/s/ Devin Derham-Burk

Chapter 13 Standing Trustee